**ORIGINAL**

# In the United States Court of Federal Claims

No. 15-129C
(Filed: June 16, 2015)

**FILED**
JUN 1 6 2015
U.S. COURT OF
FEDERAL CLAIMS

| | )|
|---|---|
| REGINALD MYERS, | ) |
| | ) |
| *Pro Se* Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On April 7, 2015 defendant filed a motion to dismiss (Docket Entry No. 6) plaintiff's complaint pursuant to Rule 12(b)(1) of the Rules on the United States Court of Federal Claims for lack of subject matter jurisdiction. Plaintiff's response was due on May 8, 2015. On May 21, 2015 the court issued an order (Docket Entry 7) notifying plaintiff that the court had yet to receive his response to defendant's motion and directed plaintiff to file his response by June 4, 2015. The order further stated that plaintiff's complaint would be dismissed for failure to prosecute should he fail to respond to defendant's motion to dismiss by that date.

A review of court records indicates that plaintiff has failed to respond to defendant's motion to dismiss by June 4, 2015. Accordingly, the Clerk of the Court is directed to dismiss the above-captioned case pursuant to Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge